## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | |
|---|---|
| **Case No.** CV 18-3479 PA / CR 13-819 PA | **Date** May 23, 2018 |
| **Present: The Honorable** PERCY ANDERSON, U.S. DISTRICT JUDGE | |
| **Interpreter** None | |

| Kamilla Sali-Suleyman | Phyllis Preston | Lizabeth Rhodes |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Scott Craig | NOT | X | | Robert Rabe | X | | X |

**Proceedings:**   TELEPHONIC STATUS CONFERENCE

Cause called; appearances made. Telephonic conference held.

IT IS SO ORDERED.

| | : | 23 |
|---|---|---|
| | Initials of Deputy Clerk | KSS |

cc: **USMO, PSA, USPO**