JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR 13-819 PA<br>CV 18-3479 PA | Date | July 3, 2018 |
|---|---|---|---|

| Present: The Honorable | PERCY ANDERSON, U.S. DISTRICT JUDGE |
|---|---|
| Interpreter | None |

| Kamilla Sali-Suleyman | Not Reported | Lizabeth Rhodes, Not Present<br>Eddie Jauregui, Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Scott Craig | NOT | X | | Michael Stone | NOT | | X |
| | | | | Muna Busailah | NOT | | X |
| | | | | Robert Rabe | NOT | | X |

**Proceedings:** IN CHAMBERS - ORDER

    Pursuant to the "Request to Withdraw Motion" in which petitioner Scott Craig moves to withdraw his pending Motion to Reduce Sentence or Provide Other Equitable Relief Pursuant to 28 U.S.C. § 2255 (Docket Nos. 942 & 943 in CR 13-819 PA and Docket No. 1 in CV 18-3479 PA) filed by defendant Scott Craig, the Court dismisses Mr. Craig's § 2255 Motion without prejudice.

    IT IS SO ORDERED.

                                                                                                                      :

Initials of Deputy Clerk