# United States District Court
### Central District of California
## Office of the Clerk

**Kiry K. Gray**
District Court Executive / Clerk of Court
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**Cristina M. Squieri Bullock**
Chief Deputy of Administration
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**Sara Tse Soo Hoo**
Chief Deputy of Operations
255 East Temple Street, Suite TS-134
Los Angeles, CA 90012

Clerk, United States District Court

_____ District of _____

Re:   Transfer of Our Case No. _____
      Assigned Your Case No. _____
      Case Title: _____

Dear Sir/Madam:

☐ Enclosed are the original and one copy of Probation Form 22, Transfer of Jurisdiction, in the above-entitled matter, which has been approved by this court. Please present to your court for approval.

Upon approval, please return the **original** to this office and we will send you the necessary documents from our file. If you assign a case number at this time, please enter the number where indicated above, and return a copy of this letter as well.

☐ Transfer of probationary jurisdiction to your district having been approved in the above-entitled matter, enclosed are the certified copies of: 1) indictment/information, and 2) judgment and probationary order.

Please acknowledge receipt of these documents on the copy of this letter and return to this district.

Sincerely,

Clerk, U.S. District Court

By _____
   Deputy Clerk

cc:   Probation Office, Central District of California
      Probation Office, Transferee District

---

**Acknowledgment of Receipt**

Receipt is hereby acknowledged of the enclosures referred to above.

Clerk, U.S. District Court

_____    By _____
Date                                        Deputy Clerk