✎PROB 22
(Rev.  2/88)

| | FILED<br>CLERK, U.S. DISTRICT COURT<br><br>09/13/2019<br><br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: ___kss___ DEPUTY | DOCKET NUMBER *(Tran. Court)*<br><br>CR13-00819-PA |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT<br><br>Central of California | DIVISION<br><br>Western |
|---|---|---|
| Mr. Scott Craig | NAME OF SENTENCING JUDGE<br><br>Percy Anderson | |
| | PROJECTED DATES OF<br>SUPERVISED RELEASE | FROM:  9/15/2019      TO:  9/14/2020 |

OFFENSE
18 U.S.C. § 371: Conspiracy; 18 U.S.C. §§ 1503(a), (b)(3): Obstruction of Justice; 18 U.S.C. § 1001(a)(2): False Statement

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____CENTRAL_____ DISTRICT OF _____CALIFORNIA_____

    IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Middle District of North Carolina upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_____September 13, 2019_____
*Date*

_____
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____MIDDLE_____ DISTRICT OF _____NORTH CAROLINA_____

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____
*Effective Date*

_____
*United States District Judge*